UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>SPENCER WHITE & PRENTIS FOUNDATION CORP. and BRIAN LARUE,<br>　　　　Defendants<br><br>and<br><br>J. DERENZO CONSTRUCTION COMPANY, INC., HORTON CONSTRUCTION, INC., MANSOUR CONSTRUCTION, INC., O'CONNOR CONSTRUCTORS, INC., M. DEMATTEO CONSTRUCTION CO. and BLAKESLEE ARAPAIA CHAPMAN, INC.,<br>　　　　Reach-and-Apply Defendants<br><br>and<br><br>BANK OF AMERICA and CITIZENS BANK,<br>　　　　Trustees | C.A. No. 05-10332 NMG |

## NOTICE OF DISMISSAL

Now come the Plaintiffs, Paul J. McNally, as he is Trustee, et al, pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that Plaintiffs' claim against defendants Spencer

White & Prentis Foundation Corp. and Brian LaRue is dismissed.

        Respectfully submitted,

        PAUL J. MCNALLY, as he is
        TRUSTEE, MASSACHUSETTS
        LABORERS' HEALTH AND WELFARE
        FUND, et al,

        By their attorneys,

        /s/ Anne R. Sills
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated:  May 2, 2005

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above Notice of Dismissal has been served by first class mail upon the defendants, Spencer White & Prentis Foundation Corp. and Brian LaRue at P.O. Box #243269, Boynton Beach, FL  33424-3269 this 2nd day of May, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman

GAG/gag&ts
6306 04-558/notdism.doc